```
                              F I L E D
                       CLERK, U.S. DISTRICT COURT
                              9/5/2023
                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:      RAM       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL JOSEPH CASTRO,<br><br>    Defendant. | Case No.: 5:22-CR-00020-JWH<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        ( )  information in the Pretrial Services Report and Recommendation

        ( )  information in the violation petition and report(s)

        ( )  the defendant's nonobjection to detention at this time

        ( )  other: _____

and/ or

B. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)   information in the Pretrial Services Report and Recommendation

    (×)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (×)   other: <u>New criminal conviction; prior revocation, substance abuse, criminal history, two active restraining orders.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/5/2023

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE